**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-7221

JOSEPH G. BROWN, JR.,

Plaintiff - Appellant,

versus

OFFICER FOSTER, Jailer, Fauquier County
Sheriff's Department; OFFICER STEWART, Jailer,
Fauquier County Sheriff's Department; SERGEANT
SHORTER, Officer in Charge, Fauquier County
Sheriff's Department; DAVID A. FLOHR, Major of
Jail Operations, Fauquier County Sheriff's
Department,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (CA-03-494-2)

Submitted:  October 8, 2003          Decided:  October 24, 2003

Before WILKINSON, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph G. Brown, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph G. Brown, Jr. appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brown v. Foster, No. CA-03-494-2 (E.D. Va. filed July 16, 2003; entered July 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2